Exhibit A

## Exhibit A

### Doe #1 (68.236.16.47 2005-07-23 01:53:45 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Two Weeks Notice | PA 1-129-484 |
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |
| Paramount Pictures Corporation | The Longest Yard | PA 1-271-517 |

## Exhibit A

### Doe #2 (151.203.70.210 2005-08-08 07:33:25 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Racing Stripes | PA 1-256-173 |
| Disney Enterprises, Inc. | Confessions of a Teenage Drama Queen | PA 1-208-765 |
| Twentieth Century Fox Film Corporation | Robots | PA 1-250-840 |
| Warner Bros. Entertainment Inc. | Charlie and the Chocolate Factory | PA 1-283-982 |

**Exhibit A**

**Doe #3 (141.151.95.55 2005-07-22 16:17:11 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | White Chicks | PA 1-222-517 |
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

## Exhibit A

### Doe #4 (138.88.220.59 2005-07-13 16:10:08 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

## Exhibit A

### Doe #5 (141.150.35.21 2005-07-23 02:48:43 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Bewitched | PA 1-271-563 |

## Exhibit A

### Doe #6 (141.152.139.84 2005-08-02 22:15:37 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| New Line Productions, Inc. | Blow | PA 1-035-382 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

## Exhibit A

### Doe #7 (141.154.80.243 2005-08-06 09:12:22 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Kangaroo Jack | PA 1-193-821 |
| Twentieth Century Fox Film Corporation | Robots | PA 1-250-840 |

Exhibit A

Doe #8 (141.155.119.231 2005-07-24 06:43:38 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Bewitched | PA 1-271-563 |

## Exhibit A

**Doe #9 (141.155.152.220 2005-07-27 20:20:39 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | The Longest Yard | PA 1-271-517 |

## Exhibit A

### Doe #10 (141.157.182.168 2005-08-05 09:58:13 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Troy | PA 1-220-571 |
| Twentieth Century Fox Film Corporation | Fever Pitch | PA 1-266-283 |
| Paramount Pictures Corporation | The Longest Yard | PA 1-271-517 |

## Exhibit A

### Doe #11 (141.157.99.165 2005-07-10 10:13:18 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Columbia Pictures Industries, Inc. | Are We There Yet? | PA 1-250-579 |

## Exhibit A

### Doe #12 (151.197.34.32 2005-08-07 07:22:26 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

## Exhibit A

### Doe #13 (151.203.112.193 2005-07-19 06:07:17 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

## Exhibit A

### Doe #14 (151.204.158.248 2005-07-30 08:06:13 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |
| Columbia Pictures Industries, Inc. | Bewitched | PA 1-271-563 |

## Exhibit A

### Doe #15 (151.204.242.107 2005-07-11 21:16:17 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

## Exhibit A

### Doe #16 (68.160.145.116 2005-08-16 05:29:00 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Twentieth Century Fox Film Corporation | Robots | PA 1-250-840 |

## Exhibit A

### Doe #17 (68.236.59.92 2005-07-26 03:04:37 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros Entertainment Inc. | Batman Begins | PA 1-271-539 |