UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; NEW LINE PRODUCTIONS, INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOES 1 - 17,<br><br>        Defendants. | Civil Action No.: |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of Fox Entertainment Group, Inc., a publicly traded U.S. corporation.

NEW LINE PRODUCTIONS, INC. is a wholly owned subsidiary of New Line Cinema Corporation, which is an indirectly wholly owned subsidiary of Time Warner Inc., a publicly traded U.S. company.

PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom Inc., a publicly traded U.S. company.

DISNEY ENTERPRISES, INC. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded United States company.

SONY PICTURES HOME ENTERTAINMENT INC. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: 9/27/05

Respectfully submitted,

*[signature]*

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

*Attorneys for Plaintiffs*