UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Warner Bros. Entertainment Inc.<br>4000 Warner Blvd.<br>Burbank, CA 91505;<br><br>Columbia Pictures Industries, Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232;<br><br>Twentieth Century Fox Film Corporation<br>10201 West Pico Blvd.<br>Los Angeles, CA 90064;<br><br>New Line Cinema Corporation<br>116 N. Robertson Blvd.<br>Los Angeles, CA 90048;<br><br>Paramount Pictures Corporation<br>5555 Melrose Avenue<br>Los Angeles, CA 90038;<br><br>Disney Enterprises, Inc.<br>500 South Buena Vista Street<br>Burbank, CA 91521; and<br><br>Sony Pictures Home Entertainment Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232.<br><br>   Plaintiffs,<br><br> v.<br><br>   DOES 1 - 17,<br><br>   Defendants. | Civil Action No.: <u>1:05-cv-01910-PLF</u> |

## **NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss Doe Defendants 1, 2, 4-7, 9, 10, 14, 16 and 17 from the above-captioned action **without prejudice**, each side to bear its own costs and attorneys' fees.

NOTICE IS HEREBY FURTHER GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss Doe Defendants 3, 8, 11-13 and 15 from the above-captioned **with prejudice**, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: ____4/5/06_____       _____/s/_____
Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

*Attorneys for Plaintiffs*